## CHARLES C. CLINTON V. STATE OF NEBRASKA.

FILED OCTOBER 24, 1930. No. 27526.

*Pitzer & Tyler* and *Lloyd E. Peterson,* for plaintiff in error.

*C. A. Sorensen, Attorney General,* and *Homer L. Kyle,* contra.

Heard before GOSS, C. J., ROSE, GOOD, THOMPSON, EBERLY and DAY, JJ., and REDICK, District Judge.

PER CURIAM.

This is a proceeding in error brought to this court by Charles C. Clinton for a review of the judgment of the district court for Otoe county wherein he was convicted of bank robbery.

We have carefully examined the record and find the same to be free from prejudicial error. The judgment of the district court is therefore

AFFIRMED.